UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE-OPELOUSAS DIVISION

| | |
|---|---|
| **JEAN-BATISTE** | **CIVIL ACTION NO. 08-1985** |
| **VERSUS** | **JUDGE WALTER** |
| **LAFAYETTE CITY-PARISH CONSOLIDATED GOVERNMENT, ET AL** | **MAGISTRATE JUDGE HANNA** |

### *RULE 7(a) HEIGHTENED PLEADING REVIEW*

In this §1983 civil rights suit, plaintiffs have sued defendants Lafayette City-Parish Consolidated Government and Chief of Police Jim Craft, Officer Jason Herpin, Officer Greg Cawthorne and Officer Paul Matte in their official and individual capacities. *R. 1.* In their answers, defendants plead qualified immunity. *R. 5, ¶ 36.* The undersigned has therefore conducted an evaluation of plaintiff's complaint to determine whether it meets the applicable heightened pleading requirement. *See* Schultea v. Wood, 47 F.3d 1427, (5th Cir. 1995); Baker v. Putnal, 75 F.3d 190, 195 (5th Cir. 1996).

After review, the undersigned concludes plaintiff has "supported [his] claims with sufficient precision and factual specificity to raise a genuine issue as to the illegality of defendants' conduct at the time of the alleged acts." Schultea, 47 F.3d at 1434. Although the Court may later determine the facts in favor of defendants, the sole issue presented here is whether plaintiff has satisfied the heightened pleading

requirement of Schultea, which the undersigned concludes he have.  Thus, no order limiting discovery under Schultea is appropriate.

Signed at Lafayette, Louisiana on this 6th day of April, 2010.

_____
Patrick J. Hanna
United States Magistrate Judge
800 Lafayette St., Suite 3500
Lafayette, Louisiana 70501
(337) 593-5140 (phone) 593-5155 (fax)