UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE-OPELOUSAS DIVISION

| | |
|---|---|
| **GARLAND JEAN-BATISTE** | **DOCKET NUMBER: 6:08-CV-01985** |
| **VERSUS** | |
| **LAFAYETTE CONSOLIDATED GOVERNMENT, CITY OF LAFAYETTE POLICE DEPARTMENT, POLICE CHIEF JIM CRAFT, OFFICERS JASON HERPIN, GREG CAWTHORNE AND PAUL MATTE** | **JUDGE DONALD E. WALTER**<br><br>**MAGISTRATE PATRICK HANNA**<br>**Jury Trial Requested** |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT BASED ON ABSOLUTE PROSECUTORIAL IMMUNITY

**NOW INTO COURT,** through undersigned counsel, come defendants, **Lafayette City-Parish Consolidated Government, Police Chief Jim Craft, Officer Jason Herpin, Officer Greg Cawthorn** and **Officer Paul Matte**, and move this Court, to render partial summary judgment herein against plaintiff, **Garland Jean-Baptiste,** pursuant to Federal Rule of Civil Procedure 56, on the grounds that, as will appear from the pleadings, exhibits and affidavits attached to the memorandum in support of this motion, and the jurisprudence cited therein, defendants are entitled to summary judgment in their favor dismissing, as a matter of law, plaintiff's claims under Title 42 U.S.C. § 1983 against defendants, Lafayette City-Parish Consolidated Government ("LCG") and Craft, alleging liability based on an alleged practice of prosecuting false criminal charges and offering to dismiss "sham" criminal charges in exchange for not pursuing civil rights claims.[1]

1.

---

[1] *See* Plaintiff's Complaint, Paragraphs 26 and 27, Document 1 herein.

In Paragraph 26(A) of his Complaint, plaintiff LCG and Craft are liable due to "coordinated efforts between LCG's Risk Management Office and the City Prosecutor in prosecuting... false criminal charges" including "... coordination between Risk Management and the Lafayette Parish Assistant District Attorney and/or City Prosecutor occurred in the criminal prosecution of other victims of excessive force against whom charges were pending."[2]

2.

In Paragraph 26(B) of the Complaint, plaintiff alleges "... Risk Management and the Lafayette Parish Assistant District Attorney or City Prosecutor, have used pending criminal charges against victims of excessive force as 'bargaining chips' by which victims are coerced into dropping, dismissing, or not instituting their claims against LCG and the responsible officers in return for dismissal of sham criminal charges."[3]

3.

The law provides absolute immunity from damages against any § 1983 claims for malicious prosecution and against any allegations regarding actions taken in conjunction with the prosecution of criminal charges. The doctrine of absolute immunity for prosecutorial actions herein is applicable to bar plaintiffs' claims arising out of the above allegations, and accordingly, any and all allegations against in LCG and Clark in conjunction should be dismissed as barred by absolute immunity as a matter of law.

---

[2] Complaint, Paragraph 26, Document 1 herein.

[3] Complaint, Paragraph 26, Document 1 herein.

**WHEREFORE,** premises considered, defendants pray that plaintiff, **Garland Jean-Baptiste,** be duly served and cited with this motion, and be ordered to show cause why same should not be granted, thereby dismissing plaintiff's claims against defendants, **Lafayette City-Parish Consolidated Government** and **Police Chief Jim Craft,** as outlined herein above, with full prejudice, and at plaintiff's cost.

        Respectfully submitted,

        **SWIFT & RHOADES, L.L.P.**

By:  **s/Donna R. Moliere**
    JOHN G. SWIFT (#12612)
    DONNA R. MOLIERE (#01492)
    930 Coolidge Boulevard
    Post Office Box 53107
    Lafayette, Louisiana 70505-3107
    (337) 572-9877
    (337) 572-9737 fax
    Attorneys for Defendants,
    Lafayette City-Parish Consolidated Government,
    Police Chief Jim Craft, Officer Jason Herpin,
    Officer Greg Cawthorn and Officer Paul Matte

## CERTIFICATE OF SERVICE

    I hereby certify that a copy of the above and foregoing *Defendants' Partial Motion for Summary Judgment Based on Absolute Prosecutorial Immunity* was filed electronically with the Clerk of Court and served on all counsel of record in these proceedings using the CM/ECF system.

    Lafayette, Louisiana, this 23rd day of June, 2010.

        **s/Donna R. Moliere**
        **JOHN G. SWIFT**
        **DONNA R. MOLIERE**