UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE-OPELOUSAS DIVISION

| | |
|---|---|
| **GARLAND JEAN-BATISTE** | **DOCKET NUMBER: 6:08-CV-01985** |
| **VERSUS** | |
| **LAFAYETTE CONSOLIDATED GOVERNMENT, CITY OF LAFAYETTE POLICE DEPARTMENT, POLICE CHIEF JIM CRAFT, OFFICERS JASON HERPIN, GREG CAWTHORNE AND PAUL MATTE** | **JUDGE DONALD E. WALTER**  **MAGISTRATE PATRICK HANNA**  **Jury Trial Requested** |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**DEFENDANTS' MOTION FOR SUMMARY JUDGMENT, AND ALTERNATIVELY, MOTION FOR PARTIAL SUMMARY JUDGMENT (BASED ON THE *HECK* DOCTRINE)**

**NOW INTO COURT,** through undersigned counsel, come defendants, **Lafayette City-Parish Consolidated Government, Police Chief Jim Craft, Officer Jason Herpin, Officer Greg Cawthorn** and **Officer Paul Matte**, and move this Court, to render summary judgment and, alternatively, partial summary judgment in their favor and against plaintiff, **Garland Jean-Batiste,** herein pursuant to Federal Rule of Civil Procedure 56, on the grounds that, as will appear from the pleadings, exhibits and deposition testimony attached to the memorandum in support of this motion, and the jurisprudence cited therein, defendants are entitled to summary judgment in their favor dismissing all of plaintiff's claims herein on the grounds that, as a matter of law, plaintiff's federal civil law claims are barred by the *Heck* doctrine and his state law claims are likewise precluded.

**WHEREFORE,** premises considered, defendants pray that plaintiff, **Garland Jean-Batiste,** be duly served and cited with this motion, and be ordered to show cause why same should not be granted, thereby dismissing all of plaintiff's claims asserted herein against defendants, **Lafayette City-Parish Consolidated Government, Police Chief Jim Craft, Officer Jason Herpin, Officer Greg Cawthorn** and **Officer Paul Matte**, with full prejudice, and at plaintiff's cost.

Respectfully submitted,

**SWIFT & RHOADES, L.L.P.**

By:   s/Donna R. Moliere
    JOHN G. SWIFT (#12612)
    DONNA R. MOLIERE (#01492)
    930 Coolidge Boulevard
    Post Office Box 53107
    Lafayette, Louisiana 70505-3107
    (337) 572-9877
    (337) 572-9737 fax
    Attorneys for Defendants,
    Lafayette City-Parish Consolidated Government,
    Police Chief Jim Craft, Officer Jason Herpin,
    Officer Greg Cawthorn and Officer Paul Matte

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing *Defendants' Motion for Summary Judgment, and Alternatively, Motion for Partial Summary Judgment (Based on the Heck Doctrine)* was filed electronically with the Clerk of Court and served on all counsel of record in these proceedings using the CM/ECF system.

Lafayette, Louisiana, this 23rd day of June, 2010.

    s/Donna R. Moliere
    **JOHN G. SWIFT**
    **DONNA R. MOLIERE**