## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## LAFAYETTE-OPELOUSAS DIVISION

**GARLAND JEAN-BATISTE**                    **DOCKET NUMBER: 6:08-CV-01985**

**VERSUS**

**LAFAYETTE CONSOLIDATED**               **JUDGE DONALD E. WALTER**
**GOVERNMENT, CITY OF LAFAYETTE**
**POLICE DEPARTMENT, POLICE**
**CHIEF JIM CRAFT, OFFICERS JASON**
**HERPIN, GREG CAWTHORNE**            **MAGISTRATE PATRICK HANNA**
**AND PAUL MATTE**                              **Jury Trial Requested**

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### DEFENDANTS' MOTION FOR SUMMARY JUDGMENT
### BASED ON QUALIFIED IMMUNITY

**NOW INTO COURT,** through undersigned counsel, come defendants, **Lafayette City-Parish Consolidated Government, Police Chief Jim Craft, Officer Jason Herpin, Officer Greg Cawthorn** and **Officer Paul Matte**, and move this Court, to render summary judgment herein against plaintiff, **Garland Jean-Baptiste,** pursuant to Federal Rule of Civil Procedure 56, on the grounds that, as will appear from the pleadings, exhibits, affidavit and deposition testimony attached to the memorandum in support of this motion,  and the jurisprudence cited therein, defendants are entitled to summary judgment in their favor dismissing,  as a matter of law, plaintiff's claims under Title 42 U.S.C. § 1983 against all defendants based on qualified immunity.

1.

The claims asserted by plaintiff herein are filed under Civil Rights Act, Title 42 § 1983 , with supplemental jurisdiction under of Title 28 § 1367 to assert state tort law claims.  Plaintiff, Garland Jean-Baptiste, filed a complaint seeking damages against the Lafayette City-Parish Consolidated Government, Chief of Police Craft and several defendant police officers, for alleged violations of his constitutional rights in an incident that occurred at about 2:00 a.m. on January 3, 2008. Plaintiff's federal civil rights allegations against the defendant officers include: excessive force, unreasonable detention and seizure and unreasonable and unjustified arrest.[1]  His state law claims

---

[1] Complaint, Paragraph 17, Doc. 1 herein.

against the defendant officers include: assault and battery, false arrest, false imprisonment, excessive use of force, liable, slander and defamation and failure to dismiss criminal complaint (malicious prosecution).[2]

2.

Plaintiff also asserts claims against the Lafayette City-Parish Consolidated Government and Police Chief Jim Craft, which are essentially "policies, practices or customs" theories, i.e. that said defendants maintained policies, practices or customs which: (1) exhibited civil rights violations; (2) failed to provide adequate investigation, training and/or supervision of officers; and (3) encouraged falsely charging and prosecuting individuals.[3]

3.

Defendants have responded thereto denying all liability on the basis that the defendant officers' actions were, under the circumstances presented and in light of plaintiff's conviction on the charge for which he was arrested of resisting an officer, at all times reasonable, professional, lawful and appropriate and in accord with sound professional law enforcement decisions, practices and procedures consistent with applicable law and on the basis of the affirmative defense of qualified immunity.

4.

The defendant officers seek summary judgment in their favor herein on the basis of their good faith belief that their actions, being lawful and reasonable under the circumstances, were protected by qualified immunity and were not in violation of any constitutional 4th Amendment rights as the defendant officers were acting in full compliance with appropriate police powers, and under the objective reasonableness standard, no excessive force was used during plaintiff's arrest under the circumstances with which the officers were faced.

5.

---

[2]  Complaint, Paragraph 19, Doc. 1 herein.

[3]  Complaint, Paragraphs 21, Doc. 1 herein.

Further, plaintiff's conviction on the charge of "Resisting an Officer" under Louisiana Revised Statute 14:108 constitutes a judicial determination that the officer's had probable cause to detain and arrest plaintiff, and that the officers were justified in using that force necessary to detain and arrest him.

6.

Accordingly, plaintiff's federal and state civil law claims are without merit; plaintiff can not bear the burden of proof necessary to defeat qualified immunity (discretionary immunity under state law); and defendants are entitled to a judgment dismissing all claims against the defendant officers herein.  Defendants are further entitled to dismissal of the claims against the Lafayette City-Parish Consolidated Government and Police Chief Jim Craft on the basis that such "policies, practices or customs" claims are unsupported, because there no underlying unconstitutional conduct by the officers can be proven.

**WHEREFORE,** premises considered, defendants pray that plaintiff, **Garland Jean-Baptiste,** be duly served and cited with this motion, and be ordered to show cause why same should not be granted, thereby dismissing plaintiff's claims against  defendants, **Lafayette City-Parish Consolidated Government, Police Chief Jim Craft, Officer Jason Herpin, Officer Greg Cawthorn** and **Officer Paul Matte,** with full prejudice, and at plaintiff's cost.

Respectfully submitted,

**SWIFT & RHOADES, L.L.P.**

By:  **s/Donna R. Moliere**
JOHN G. SWIFT (#12612)
DONNA R. MOLIERE (#01492)
930 Coolidge Boulevard
Post Office Box 53107
Lafayette, Louisiana 70505-3107
(337) 572-9877
(337) 572-9737 fax

Attorneys for Defendants,
Lafayette City-Parish Consolidated Government,
Police Chief Jim Craft, Officer Jason Herpin,
Officer Greg Cawthorn and Officer Paul Matte

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing *Defendants' Motion for Summary Judgment Based on Qualified Immunity* was filed electronically with the Clerk of Court and served on all counsel of record in these proceedings using the CM/ECF system.

Lafayette, Louisiana, this 1st day of July, 2010.

<u>s/Donna R. Moliere</u>
**JOHN G. SWIFT**
**DONNA R. MOLIERE**

- 4 -